UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC. et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA et al., <br><br> Defendant(s). | CASE NO. C25-181-KKE <br><br> ORDER |

The parties have stipulated to continuance of certain deadlines for responsive pleading. Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 17) and continues the deadlines as follows:

- Deadline to Answer Plaintiffs' Complaint – April 21, 2025
- Federal Rule of Civil Procedure 26(f) Conference Deadline – April 8, 2025
- Initial Disclosure Deadline – April 22, 2025
- Joint Status Report and Discovery Plan Deadline – April 29, 2025

Dated this 28th day of March, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER - 1