1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Defendants' motion to dismiss Plaintiffs' Complaint is hereby **GRANTED,** in its entirety, with prejudice.

DATED this ___ day of _____, 2025.

_____
Kymberly K. Evanson
United States District Judge