District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC.; and AARON MCKELLAR, a citizen of Canada,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; and HARMIT S. GILL,<br><br>Defendants. | CASE No. 25-cv-00181-KKE<br><br>STIPULATED MOTION TO STAY JOINT STATUS REPORT AND DISCOVERY PLAN PENDING DETERMINATION ON DEFENDANTS' MOTION TO DISMISS<br><br>Noted for Consideration on: April 29, 2025 |

COME NOW the parties, by and through their respective counsel, pursuant to LCR 7(d)(1), and respectfully request in this stipulated motion to stay all current deadlines pending a determination by this Court on the Government's Motion to Dismiss (ECF 19).

Plaintiffs filed their Complaint on January 29, 2025 (ECF 1). The United States Attorney's Office was served on February 6, 2025. The parties agreed to extend the Defendants'

STIPULATED MOTION TO STAY JOINT STATUS REPORT
AND DISCOVERY PLAN AND [PROPOSED] ORDER
2:25-CV-00181-KKE

NEVILLE PETERSON LLP
701 FIFTH AVE., STE. 4200-2159
SEATTLE, WA 98104-4089
(206) 905-3648

deadline to respond to the Complaint by stipulated motion on March 26, 2025, for fourteen days to "provide a meaningful opportunity for the parties to consider potential resolution of the matter[.]" *See* Stipulated Motion to Extend Time for Responsive Pleading (ECF 17). The Court granted the extension request, setting a new deadline of April 21, 2025, for Defendants' to file their response to the Complaint.

On April 8, 2025, the parties conducted a Rule 26(f) conference and discussed *inter alia* the nature of the action arising under the APA and U.S. Constitution, the timing of Defendants' production of the agency record and other matters under Rule 26(f).

On April 21, 2025, Defendant filed a motion to dismiss this action with a noting date of May 19, 2025 (ECF 19). Plaintiffs' response to the motion to dismiss is due May 12, 2025.

The parties respectfully submit that good cause exists to stay the deadline to file a Joint Status Report and Discovery Plan. The parties submit that engaging in case planning and discovery obligations while a potentially dispositive motion is pending could result in inefficient use of judicial and party resources. Here, Defendants have filed a Motion to Dismiss (ECF 19), which, if granted, would result in dismissal of this action. Accordingly, staying the requirement to file a Joint Status Report and Discovery Plan until after the Court rules on the motion to dismiss will conserve judicial resources, avoid unnecessary litigation costs, and promote the orderly administration of justice.

The parties further stipulate that, should the Court deny the pending motion to dismiss in whole or in part, they will promptly submit a Joint Status Report and Discovery Plan within fourteen (14) days of the Court's order or such other time as the Court may direct.

STIPULATED MOTION TO STAY JOINT STATUS REPORT
AND DISCOVERY PLAN AND [PROPOSED] ORDER
2:25-CV-00181-KKE

NEVILLE PETERSON LLP
701 FIFTH AVE., STE. 4200-2159
SEATTLE, WA 98104-4089
(206) 905-3648

Dated: April 29, 2025

Respectfully submitted,

| | |
|---|---|
| Yaakov Roth<br>Acting Assistant Attorney General<br>Civil Division<br><br>Jonathon A. Robbins<br>Assistant Director<br>Office of Immigration Litigation<br><br>/s/ Jesi J. Carlson<br>Jesi J. Carlson, DC #975478<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-7037<br>Jesi.j.carlson@usdoj.gov<br><br>*Counsel for Defendants* | NEVILLE PETERSON LLP<br><br>/s/ Richard F. O'Neill<br>Richard F. O'Neill, WSBA 43858<br>NEVILLE PETERSON LLP<br>701 Fifth Ave., Ste. 4200-2159<br>Seattle, WA 98104-4089<br>(206) 905-3648<br>roneill@npwny.com<br><br>*Counsel for Plaintiff Eteros Technologies USA, Inc. and Plaintiff Aaron McKellar* |

STIPULATED MOTION TO STAY JOINT STATUS REPORT AND DISCOVERY PLAN AND [PROPOSED] ORDER
2:25-CV-00181-KKE

NEVILLE PETERSON LLP
701 FIFTH AVE., STE. 4200-2159
SEATTLE, WA 98104-4089
(206) 905-3648

**PROPOSED ORDER**

Pursuant to the parties' stipulated motion, and the parties having stipulated and agreed, it is hereby:

ORDERED that the deadline to file a Joint Status Report and Discovery Plan is stayed pending resolution of the pending Motion to Dismiss this action (ECF 19); and it is further

ORDERED that, should the Court deny the pending Motion to Dismiss this action in whole or in part, the parties will promptly submit a Joint Status Report and Discovery Plan within fourteen (14) days of the Court's Order or such other time as the Court may direct.

DATED this ___ day of _____, 2025

_____
Kymberly K. Evanson
United States District Judge

## CERTIFICATE OF SERVICE

On April 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

    Jesi J. Carlson       jesi.j.carlson@usdoj.gov
    Jaclyn E. Shea      Jaclyn.E.shea@usdoj.gov

    /s/ Richard F. O'Neill
Richard F. O'Neill, WSBA 43858
NEVILLE PETERSON LLP
701 Fifth Ave., Ste. 4200-2159
Seattle, WA 98104-4089
(206) 905-3648
roneill@npwny.com