UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC. et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA et al., <br><br> Defendant(s). | CASE NO. C25-181-KKE <br><br> ORDER |

The parties stipulated to a stay of the deadline to file a joint status report and discovery plan (Dkt. No. 16), pending disposition of Defendants' motion to dismiss (Dkt. No. 19). For good cause shown, the Court GRANTS the parties' stipulated motion (Dkt. No. 20).

Dated this 30th day of April, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 1