**[PROPOSED] ORDER**

Defendants' Motion to Dismiss Plaintiffs' Complaint is hereby DENIED, in its entirety.

    DATED this _____ day of _____, 2025

_____
Kymberly K. Evanson
United States District Judge