The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC.; and AARON MCKELLAR, a citizen of Canada, | Case No. 2:25-cv-00181-KKE |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| UNITED STATES OF AMERICA; | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a department of the United States government; | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, the United States Department of Homeland Security; | |
| HARMIT S. GILL, Area Port Director, United States Customs and Border Protection for Blaine, Washington. | |
| Defendants. | |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Jesi J. Carlson withdraws as counsel for Defendants.

Withdrawal is made in accordance with L.C.R. 83.2(b)(3), as Defendants continue to be

represented by co-counsel.  Such withdrawal will take effect on June 11, 2025, without court

order and without any further notice to any party, unless an objection to the withdrawal is served upon the undersigned.

Any and all future pleadings or papers, exclusive of original process, will continue to be served upon Defendants' current counsel of record as set forth herein:

> JONATHAN A. ROBBINS
> Assistant Director
> U.S. Department of Justice
> Civil Division
> Office of Immigration Litigation
> P.O. Box 878, Ben Franklin Station
> Washington, D.C. 20044
> Phone: 202-305-8275
> Email: jonathan.a.robbins@usdoj.gov
>
> JACLYN E. SHEA
> Trial Attorney
> U.S. Department of Justice
> Civil Division
> Office of Immigration Litigation
> P.O. Box 878, Ben Franklin Station
> Washington, D.C. 20044
> Phone: 202-598-6115
> Email: jaclyn.e.shea@usdoj.gov

RESPECTFULLY SUBMITTED this 11th day of June, 2025.

*/s/ Jesi J. Carlson*
JESI J. CARLSON
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7037
Email:  jesi.j.carlson@usdoj.gov

*Attorneys for Defendants-Respondents*