District Judge Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **ETEROS TECHNOLOGIES USA, INC.; and AARON MCKELLAR, a citizen of Canada,**<br><br>**Plaintiffs,**<br><br>*v.*<br><br>**UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; and HARMIT S. GILL,**<br><br>**Defendants.** | CASE No. 25-cv-00181-KKE<br><br>STIPULATED MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>Noted for Consideration on: April 29, 2025 |

COME NOW the parties, by and through their respective counsel, pursuant to LCR 7(d)(1), and respectfully request in this stipulated motion to extend the time for Plaintiff to file an amended complaint by seven (7) days until August 29, 2025. In addition, to correspond with this request to extend the deadline for the filing of an amended complaint, the parties

STIPULATED MOTION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER
2:25-CV-00181-KKE

NEVILLE PETERSON LLP
701 FIFTH AVE., STE. 4200-2159
SEATTLE, WA 98104-4089
(206) 905-3648

respectfully request that the additional dates detailed in this Court's Order of August 7, 2025 (ECF 30) also be extended by one week, as detailed herein.

On August 7, 2025, the Court issued an order granting in part and denying in part the Defendant's motion to dismiss. In its Order, the Court established the following additional deadlines (with the new proposed deadline as per the requested extension motion noted below):

| Current Deadline | Event | Proposed Deadline Per EOT |
|---|---|---|
| August 22, 2025 | Plaintiffs' amended complaint | August 29, 2025 |
| August 22, 2025 | Rule 26(f) conference | August 29, 2025 |
| September 5, 2025 | exchange of initial disclosures | September 12, 2025 |
| September 12, 2025 | joint status report and discovery plan | September 19, 2025 |

The parties respectfully submit that good cause exists to grant the instant Motion and extend deadlines in this action. Plaintiffs' counsel has been working diligently to finalize the amended complaint in this complex action; however, additional time is needed to conduct and complete our internal review and counsel additional parties. In particular, the additional time is necessary for counsel to confer with and advise additional employees of Eteros—who were not named in the original complaint but will be added as plaintiffs in the amended complaint—to ensure accuracy and completeness before filing. The requested one-week extension will allow counsel sufficient time to advise its clients and finalize the facts and allegations in the amended complaint. We respectfully submit that this additional time will ensure the Court is presented with the strongest possible materials, thereby promoting efficiency in the resolution of this case.

STIPULATED MOTION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER
2:25-CV-00181-KKE

NEVILLE PETERSON LLP
701 FIFTH AVE., STE. 4200-2159
SEATTLE, WA 98104-4089
(206) 905-3648

Respectfully submitted,

| | |
|---|---|
| Yaakov Roth<br>Acting Assistant Attorney General<br>Civil Division<br><br>Jonathan A. Robbins<br>Assistant Director<br>Office of Immigration Litigation<br><br>/s/Jaclyn E. Shea<br>Jaclyn E. Shea, MI #975478<br>Trial Attorney<br>Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>(202) 598-6115<br>Jaclyn.e.shea@usdoj.gov<br><br>*Counsel for Defendants* | NEVILLE PETERSON LLP<br><br> /s/ Richard F. O'Neill<br>Richard F. O'Neill, WSBA 43858<br>NEVILLE PETERSON LLP<br>701 Fifth Ave., Ste. 4200-2159<br>Seattle, WA 98104-4089<br>(206) 905-3648<br>roneill@npwny.com<br><br>*Counsel for Plaintiffs* |

Dated: August 21, 2025

STIPULATED MOTION FOR EXTENSION OF TIME
AND [PROPOSED] ORDER
2:25-CV-00181-KKE

NEVILLE PETERSON LLP
701 FIFTH AVE., STE. 4200-2159
SEATTLE, WA 98104-4089
(206) 905-3648

**PROPOSED ORDER**

Pursuant to the parties' stipulated motion, and the parties having stipulated and agreed, it is hereby:

ORDERED that the Motion for an Extension of Time is hereby granted; and it is further

ORDERED that the deadlines are extended as follows:

| Event | New Deadline |
|---|---|
| Plaintiffs' amended complaint | August 29, 2025 |
| Rule 26(f) conference | August 29, 2025 |
| exchange of initial disclosures | September 12, 2025 |
| joint status report and discovery plan | September 19, 2025 |

DATED this ___ day of _____. 2025

	Kymberly K. Evanson
	United States District Judge

**CERTIFICATE OF SERVICE**

On August 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jonathan A. Robbins, Esq.   Jonathan.A.Robbins@usdoj.gov
Jaclyn E. Shea, Esq.         Jaclyn.E.Shea@usdoj.gov

                                /s/ Richard F. O'Neill
                                Richard F. O'Neill, WSBA 43858
                                NEVILLE PETERSON LLP
                                701 Fifth Ave., Ste. 4200-2159
                                Seattle, WA 98104-4089
                                (206) 905-3648
                                roneill@npwny.com