UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | CASE NO. C25-181-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF DEADLINE TO FILE AMENDED COMPLAINT |

The parties stipulated to a continuance of the deadline to file the amended complaint. Dkt. No. 31. The Court finds good cause to support a continuance, and therefore GRANTS the motion and continues the deadlines as follows:

- Amended Complaint Deadline – August 29, 2025
- Federal Rule of Civil Procedure 26(f) Conference Deadline – August 29, 2025
- Initial Disclosure Deadline – September 12, 2025
- Joint Status Report and Discovery Plan Deadline – September 19, 2025

The unexpired deadlines in the previous case schedule (Dkt. No. 30) are VACATED.

Dated this 21st day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF DEADLINE TO FILE AMENDED COMPLAINT - 1