District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC.; and AARON MCKELLAR; AMANDA JAMES; and RYAN BJERGSO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CASE NO. 2:25-cv-00181-KKE<br><br>STIPULATED MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING AND [PROPOSED] ORDER<br><br>Noted for Consideration on: September 11, 2025 |

COME NOW the parties, by and through their respective counsel, pursuant to LCR 7(d)(1), and respectfully request in this stipulated motion to extend the time for Defendant to file a responsive pleading by seven (7) days until September 19, 2025.

Plaintiffs filed their First Amended Complaint on August 29, 2025 (Dkt. 34). A response to the Amended Complaint is due on or before September 12, 2025. The parties respectfully submit that good cause exists to grant the instant Motion and extend the responsive pleading deadline in this

action. Defendants' counsel has been working diligently to finalize the responsive pleading in this complex action; however, additional time is needed to consult with U.S. Customs and Border Protection and U.S. Citizenship and Immigration Services for their input on the pleading. We respectfully submit that this one-week extension of time will help ensure the Court is presented with the most accurate responsive pleading possible, thereby promoting efficiency in the resolution of this case.

Dated: September 11, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation

/s/ Richard F. O'Neill
RICHARD F O'NEILL, WSBA #43858
NEVILLE PETERSON LLP
701 Fifth Ave., Ste. 4200-2159
Seattle, WA 98104-4089
Phone: (206) 905-3648
Email: roneill@npwny.com
Counsel for Plaintiffs

/s/ Roberta O. Roberts
ROBERTA O. ROBERTS, DC #263073
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4595
Email: Roberta.O.Roberts2@usdoj.gov
Counsel for Defendants

**[PROPOSED] ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that the responsive pleading deadline to Plaintiffs' First Amended Complaint (Dkt. 34) is **September 19, 2025**.

DATED this ___ day of _____, 2025.

                                                       Kymberly K. Evanson
                                                      United States District Judge

# **CERTIFICATE OF SERVICE**

It is further certified that on September 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| Richard F. O'Neill | roneill@npwny.com |
| John M. Peterson | jpeterson@npwny.com |
| Patrick B. Klein | pklein@npwny.com |
| Douglas A. Cowgill | dcowgill@crossbordervisas.com |

　　　　　　　　　　　　　　　　/s/ *Roberta O. Roberts*
　　　　　　　　　　　　　　　ROBERTA O. ROBERTS
　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　Phone: (202) 532-4595
　　　　　　　　　　　　　　　E-mail: Roberta.O.Roberts2@usdoj.gov