UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC., et al.,<br><br>             Plaintiff(s),<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>             Defendant(s). | CASE NO. C25-181-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF DEADLINE TO FILE RESPONSIVE PLEADING |

The parties stipulated to a seven-day continuance of the deadline for all Defendants to file a responsive pleading. Dkt. No. 37. The Court finds good cause to support a seven-day continuance, and therefore GRANTS the motion. It is ORDERED that all Defendants shall file their responsive pleading to Plaintiffs' First Amended Complaint (Dkt. No. 34) by September 19, 2025.

Dated this 11th day of September, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge