UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant(s). | CASE NO. C25-181-KKE<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME |

The parties stipulated to an extension of time for Plaintiffs to file their response to Defendants' motion to dismiss (Dkt. No. 40), and for Defendants to file their reply. Dkt. No. 43. The Court finds good cause to support an extension of time, and therefore GRANTS the motion. Plaintiffs shall file their response to Defendants' motion to dismiss by October 22, 2025, and Defendants shall file their reply by October 29, 2025. The clerk is directed to re-note the motion to dismiss (Dkt. No. 40) for October 29, 2025.

Dated this 7th day of October, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME - 1