UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC., et al.,<br><br>                Plaintiff(s),<br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendant(s). | CASE NO. C25-181-KKE<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

      Pending before the Court is Plaintiffs' motion seeking leave to file an overlength response brief. Dkt. No. 45 at 2. Plaintiffs indicate that Defense counsel consents to the relief requested. Dkt. No. 45 at 3. Having considered the motion and finding good cause, the Court GRANTS Plaintiffs' motion. Plaintiff will be allowed up to 3,000 additional words in its response brief in opposition to the Defendants' motion to dismiss the first amended complaint (Dkt. No. 40). Defendants' reply brief shall not exceed one-half the total length of Plaintiffs' brief in opposition. Local Rules W.D. Wash. LCR 7(f)(4).

      Dated this 22nd day of October, 2025.

*Kymberly K Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF - 1