District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC.; and AARON MCKELLAR; AMANDA JAMES; and RYAN BJERGSO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | CASE NO.  2:25-cv-00181-KKE<br><br>OPPOSED MOTION FOR A STAY OF THE TIME TO FILE A REPLY IN LIGHT OF LAPSE OF APPROPRIATIONS AND [PROPOSED] ORDER<br><br>Noted for Consideration on: November 7, 2025 |

COME NOW the Defendants, by and through their respective counsel, pursuant to LCR 7(d)(2), and respectfully move for a stay of the time to file a reply to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint filed on October 22, 2025 (Dkt. 47).  On October 24, 2025, Plaintiffs informed counsel for Defendants that they oppose the motion for a stay.

Defendants' reply to Plaintiffs' opposition is due on or before October 29, 2025. Defendants respectfully submit that good cause exists to grant the instant motion for a stay and extend the reply deadline in this action.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the reply deadline – currently due by October 29, 2025 – until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

## **CONCLUSION**

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the time for Defendants to file a reply to Plaintiffs' opposition in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 24, 2025

          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation

*/s/ Roberta O. Roberts*
ROBERTA O. ROBERTS, DC #263073
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4595
Email: Roberta.O.Roberts2@usdoj.gov
Counsel for Defendants

**[PROPOSED] ORDER**

Pursuant to the Defendants' motion, it is hereby **ORDERED** that the reply deadline to Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. 47) is extended by the total number of days of the lapse in appropriations.

DATED this ___ day of _____, 2025.

_____
Kymberly K. Evanson
United States District Judge

# CERTIFICATE OF SERVICE

It is further certified that on October 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

| | |
|---|---|
| Richard F. O'Neill | roneill@npwny.com |
| John M. Peterson | jpeterson@npwny.com |
| Patrick B. Klein | pklein@npwny.com |
| Douglas A. Cowgill | dcowgill@crossbordervisas.com |

     /s/ *Roberta O. Roberts*
ROBERTA O. ROBERTS
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
Phone: (202) 532-4595
E-mail: Roberta.O.Roberts2@usdoj.gov