UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ETEROS TECHNOLOGIES USA, INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendant(s). | CASE NO. C25-181-KKE <br><br> ORDER LIFTING STAY AND RE-SETTING DEADLINE FOR DEFENDANTS' REPLY BRIEF |

On October 27, 2025, upon motion by Defendants (Dkt. No. 48), the Court stayed this case due to the lapse in appropriations to the Department of Justice, and vacated the deadline for Defendants' reply brief. Dkt. No. 49 at 2. The Court indicated it would lift the stay and set a deadline for the reply brief upon restoration of appropriations. *Id.* On November 14, 2025, counsel for Defendants notified the Clerk via email that appropriations were restored to the Department of Justice. Therefore, the Court LIFTS the stay. Defendants shall file their reply brief by December 1, 2025. The Clerk is directed to re-note Defendants' Motion to Dismiss (Dkt. No. 40) for December 1, 2025.

Dated this 17th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER LIFTING STAY AND RE-SETTING DEADLINE FOR DEFENDANTS' REPLY BRIEF - 1