# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ETEROS TECHNOLOGIES USA, INC., et al.,

Plaintiff(s),

v.

UNITED STATES OF AMERICA, et al.,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER C25-181-KKE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court GRANTS Defendants' motion to dismiss without prejudice and without leave to amend.

Dated July 31, 2026.

Joshua C. Lewis
Clerk of Court

*/s/ Alejandro Pasaye Hernandez*
Deputy Clerk